1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**
**AT SEATTLE**

| | |
|---|---|
| QUALITY PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERKA FOOD PRODUCTS LTD., a Canadian company; GAGANDEEP SINGH MATTA, an individual, VERKA FOOD INTERNATIONAL LTD., a Canadian company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. **2:17-cv-01418**<br><br>**STIPULATED MOTION TO CONTINUE DEADLINE TO SUBMIT JOINT STATUS REPORT AND DISCOVERY PLAN AND PROPOSED ORDER** |

19   Plaintiff Quality Products, Inc. ("Plaintiff" or "Quality Products") and Defendants Verka

20   Food Products, Ltd., Verka Food International Ltd., and Gagandeep Singh Matta (collectively

21   "Defendants") herby submit this Stipulated Motion to continue the deadline to submit their Joint

22   Status Report and Discovery Plan which is currently due December 11, 2017. For the Court's

23   convenience, the parties have attached a Proposed Order.

24   Defendants were served with the complaint on November 16, 2017. On November 27, 2017,

25   Plaintiff's counsel and Mr. Matta held a phone conference in which they discussed items in Fed. R.

26   Civ. P. 26(f) and Local Civil Rule 26(f)(1). On that date, Defendants were not yet represented by

1  counsel. Subsequently, Defendants retained FisherBroyles LLP. On December 5, 2017, the parties

2  filed a Stipulation, and on December 6, 2017, the Court entered an Order, extending to December

3  26, 2017, Defendants' deadline to respond to the Complaint.

4        Plaintiff provided its draft of the Combined Joint Status Report and Discovery Plan ("the

5  Report") to Defendants' counsel on December 11, 2017. Because Defendants' counsel did not meet

6  and confer with Plaintiff's counsel, the parties believe that it would be beneficial to extend the filing

7  deadline for the Report to allow for a second meet and confer and to allow Defendants' counsel

8  sufficient time to contribute to the Report.

9        In light of the above, the parties request a brief continuance of the deadline to file a

10  Combined Joint Status Report and Discovery Plan from December 11, 2017 to December 18, 2017,

11  or to another date the Court deems appropriate.

12  Dated: December 11, 2017

**CARNEY BADLEY SPELLMAN, P.S.**
**Attorneys for Plaintiff Quality**
**Products, Inc.**

By    /s/ Ashley Long
      Ashley K. Long/ WA Bar No. 45738
      701 Fifth Avenue, Suite 3600
      Seattle, WA 98104-7010
      Telephone: (206) 622-8020
      Facsimile: (206) 467-8215
      Email:    long@carneylaw.com

**THOITS LAW**
**Attorneys for Plaintiff Quality**
**Products, Inc.**

By    /s/ Andrew Holland
      Andrew P. Holland/ CA Bar No. 224737
      *(Admitted Pro Hac Vice)*
      Michael Y. Hsueh/ CA Bar No. 286548
      *(Admitted Pro Hac Vice)*
      400 Main Street, Suite 250
      Los Altos, California 94022
      Telephone: (650) 327-4200
      Facsimile: (650) 325-5572
      Email:    aholland@thoits.com
                mhsueh@thoits.com

1   Dated: December 11, 2017

2                                              **FISHERBROYLES LLP**
                                               **Attorneys for Defendants**
3

4
                                    By      /s/ Thomas Lundin Jr.
5                                           **Geoffrey Revelle/WA Bar No. 4817**
                                            **Jason M. Pass/WA Bar No. 43964**
6                                           701 Fifth Avenue, Suite 4200
                                            Seattle, WA 98104
7                                           Telephone:  (206) 714-0964
                                            Email: geoffrey.revelle@fisherbroyles.com
8                                                   jason.pass@fisherbroyles.com

9                                           **Thomas C. Lundin Jr./MS Bar No. 105160**
                                            *(Admitted pro hac vice)*
10                                          111 Favre Street
                                            Waveland, MS 39576
11                                          Telephone:  (678) 778-8857
                                            Email: tom.lundin@fisherbroyles.com
12

13                                          **ORDER**

14          Based on the foregoing stipulated motion of the parties and good cause appearing,

15   therefore it is so ordered that the time for the parties to file their Combined Joint Status Report

16   and Discovery Plan is hereby extended to December 18, 2017.

17

18                                          HON. MARSHA J. PECHMAN
                                            **United States District Court Judge**

19   Presented by:

20   **CARNEY BADLEY SPELLMAN, P.S.**
     **Attorneys for Plaintiff Quality**
21   **Products, Inc.**

22
      /s/ Ashley Long
23   Ashley K. Long/ WA Bar No. 45738
     701 Fifth Avenue, Suite 3600
24   Seattle, WA 98104-7010
     Telephone: (206) 622-8020
25   Facsimile:  (206) 467-8215
     Email:     long@carneylaw.com
26

1

**THOITS LAW**
Attorneys for Plaintiff Quality
2                       Products, Inc.

3

/s/ Andrew Holland
4    **Andrew P. Holland/ CA Bar No. 224737**
     *(Admitted Pro Hac Vice)*
5    **Michael Y. Hsueh/ CA Bar No. 286548**
     *(Admitted Pro Hac Vice)*
6    A Professional Corporation
     400 Main Street, Suite 250
7    Los Altos, California 94022
     Telephone: (650) 327-4200
8    Facsimile:  (650) 325-5572
     Email:      aholland@thoits.com
9                mhsueh@thoits.com

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATED MOTION TO CONTINUE DEADLINE

1

## CERTIFICATE OF SERVICE

2

3        I hereby certify that on December 11, 2017, I electronically filed the foregoing with the

4    Clerk of the Court using the ECF system which sent notification of such filing to all counsel of

5    record.

6

7                                    /s/Andrew Holland
                                     **Andrew P. Holland**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26