THE HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | | |
|---|---|---|
| QUALITY PRODUCTS, INC. | ) | NO. 2:17-CV-01418-MJP |
| Plaintiff | ) ) | **ORDER FOR WITHDRAWAL OF FISHERBROYLES LLP AS COUNSEL FOR DEFENDANTS** |
| v. | ) ) ) | |
| VERKA FOOD PRODUCTS LTD., GAGANDEEP SINGH MATTA, VERKA FOOD INTERNATIONAL, LTD., AND DOES 1 THROUGH 10 | ) ) ) ) ) | |
| Defendants. | ) | |

This matter having come before the Court on the Stipulation And Proposed Order For Withdrawal Of FisherBroyles LLP As Counsel For Defendants, filed May 25, 2018, in accordance with the Court's Local Civil Rule 83.2(b); the Stipulation having been filed more than sixty days before the discovery cut off, currently scheduled for August 17, 2018;

IT IS HEREBY ORDERED that FisherBroyles and each of its attorneys who have appeared in this action (Geoffrey Revelle and Thomas C. Lundin Jr., who has been admitted *pro hac vice*) are permitted to withdraw as counsel for Defendants Verka Food Products Ltd., Verka Food International Ltd., and Gagandeep Singh Matta; and

IT IS FURTHER ORDERED that all current deadlines related to discovery in this action are hereby extended by 30 days; the rest of the case schedule deadlines remain in effect.

Dated: May 30, 2018

_____
The Honorable Marsha J. Pechman
United States Senior District Court Judge

STIPULATION AND PROPOSED ORDER
FOR WITHDRAWAL OF FISHERBROYLES LLP
AS COUNSEL FOR DEFENDANTS - 2
(No. 2:17-CV-01418-MJP)

FISHERBROYLES LLP
701 Fifth Ave, Suite 4200
Seattle, WA 98104
(206) 714-0964