HONORABLE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT OF WASHINGTON

## WESTERN DISTRICT OF WASHINGTON

### SEATTLE COURTHOUSE

| | |
|---|---|
| QUALITY PRODUCTS, INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>VERKA FOOD PRODUCTS LTD., a Canadian company; GAGANDEEP SINGH MATTA, an individual, VERKA FOOD INTERNATIONAL LTD., a Canadian company; and DOES 1 through 10, inclusive,<br><br>Defendants. | No. 2:17-cv-01418- MJP<br><br>[███████] ORDER GRANTING PLAINTIFF QUALITY PRODUCTS' MOTION FOR WITHDRAWAL OF ADMISSIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 36(b) |

177312.003/1109736v1

[███████] ORDER GRANTING PLAINTIFF QUALITY PRODUCTS' MOTION FOR WITHDRAWAL OF ADMISSIONS UNDER FEDERAL RULE OF CIVIL PROCEDURE 36(B) - 2:17-CV-01833- MJP

THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
(650) 327-4200

1

The Court having reviewed Plaintiff Quality Products, Inc. ("Plaintiff")'s Motion for an Order granting the withdrawal of Plaintiff's deemed admissions in response to Defendant Verka Food International, Ltd. ("VFI")'s Request for Admissions, and good cause appearing:

IT IS HEREBY ORDERED THAT:

1. Any deemed admissions under Rule 36(b) will be withdrawn.
2. The service copy of Plaintiff's Responses served on April 19, 2018 will be the operative Responses.

IT IS SO ORDERED.

Dated: June 15, 2018

HON. MARSHA J. PECHMAN
United States District Court Judge

177312.003/1109736v1

ORDER GRANTING PLAINTIFF QUALITY PRODUCTS'
MOTION FOR WITHDRAWAL OF ADMISSIONS UNDER FEDERAL RULE OF
CIVIL PROCEDURE 36(B) - 2:17-CV-01833- MJP

THOITS LAW
400 Main Street, Suite 250
Los Altos, CA 94022
(650) 327-4200

2