# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| QUALITY PRODUCTS INC, | CASE NO. C17-1418 MJP |
|---|---|
| Plaintiff, | ORDER ON MOTION TO AMEND CASE SCHEDULE |
| v. | |
| VERKA FOOD PRODUCTS LTD, et al., | |
| Defendants. | |

The above-entitled Court has received and reviewed:

1. Defendants' Motion to Amend the Case Schedule (Dkt. No. 47),

2. Plaintiff's Opposition to Defendants' Motion to Amend the Case Schedule (Dkt. No. 50),

3. Defendants' Reply in Support of Motion to Amend the Case Schedule (Dkt. No. 52),

all accompanying declarations and exhibits, and relevant portions of the record, rules as follows:

IT IS ORDERED that, good cause appearing, the motion is GRANTED. The Court's Deputy Clerk will issue an amended case schedule forthwith.

The clerk is ordered to provide copies of this order to all counsel.

Dated August 14, 2018.

*[signature: Marsha J. Pechman]*

The Honorable Marsha J. Pechman
United States Senior District Court Judge