HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUALITY PRODUCTS, INC., | CASE No. 2:17-cv-01418-MJP |
| Plaintiff, | **ORDER AMENDING CASE SCHEDULE** |
| v. | |
| VERKA FOOD PRODUCTS LTD. et al., | |
| Defendant. | |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO AMEND
THE CASE SCHEDULE
(NO. 2:17-CV-01418-MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 Tel: 206.839.4800

1  This matter came before the Court on Defendants' Motion to Amend the Case Schedule
2  (the "Motion"). The Court, having considered the Motion, Plaintiff's response to the Motion,
3  Defendants' reply in support of the Motion, the parties' supporting papers, and the records and
4  files herein, hereby finds that Defendants have shown good cause to amend the case schedule,
5  and ORDERS that Defendants' Motion to Amend the Case Schedule is GRANTED. The Court
6  further ORDERS that the deadlines set forth in the Court's prior scheduling orders (Dkt. Nos.
7  26, 41) are amended as follows:

|  | **Prior Deadlines** | **Amended Deadlines** |
|---|---|---|
| JURY TRIAL DATE | Jan. 14, 2019 | **July 15, 2019 at 9:00 AM** |
| Deadline for joining additional parties | Jan. 17, 2018 | No change |
| Deadline for filing amended pleadings | Jan. 29, 2018 | **Oct. 19, 2018** |
| Reports from expert witness under FRCP 26(a)(2) due | July 18, 2018 | **Dec. 17, 2018** |
| Reports from rebuttal experts due | N/A | **Jan. 18, 2019** |
| All motions related to discovery must be filed by and noted on the motion calendar on the third Friday thereafter (see CR7(d)) | Aug. 18, 2018 | **Jan. 18, 2019** |
| Discovery completed by | Sept. 17, 2018 | **Feb. 15, 2019** |
| Deadline for dispositive motions | Sept. 17, 2018 | **Mar. 18, 2019** |
| All motions in limine must be filed by and noted on the motion calendar no earlier than the third Friday thereafter and no later than the Friday before the pretrial conference. | Dec. 10, 2018 | **June 10, 2019** |
| Agreed pretrial order due | Jan. 2, 2019 | **July 2, 2019** |
| Trial briefs, proposed voir dire questions, and proposed jury instructions: | Jan. 2, 2019 | **July 2, 2019** |
| Pretrial conference | Jan. 4, 2019 at 01:30 PM | **July 8, 2019 at 2:30 PM** |
| Length of Jury Trial | 5−7 DAYS | No change |

[PROPOSED] ORDER GRANTING
DEFENDANTS' MOTION TO AMEND
THE CASE SCHEDULE - 1
(NO. 2:17-CV-01418-MJP)

DLA Piper LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044 Tel: 206.839.4800

Dated this 15th day of August, 2018.

_____
Marsha J. Pechman
United States District Judge

Presented by:
DLA PIPER LLP (US)


*s/ Eric Franz*
Anthony Todaro, WSBA No. 30391
Eric Franz, WSBA No. 52755
DLA PIPER LLP (US)
701 Fifth Avenue, Suite 6900
Seattle, WA 98104-7044
Telephone: 206.839.4800
Fax: 206.839.4801
E-mail: anthony.todaro@dlapiper.com
E-mail: eric.franz@dlapiper.com

Attorneys for Defendants Verka Food Products LTD., Verka Food International LTD., and Gagandeep Singh Matta