1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| QUALITY PRODUCTS INC,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>VERKA FOOD PRODUCTS LTD, et al.,<br><br>　　　　　　　Defendants. | CASE NO. C17-1418 MJP<br><br>ORDER ON PLAINTIFF'S LCR 37 JOINT SUBMISSION: MOTION TO COMPEL |

The Court, having received and reviewed Plaintiff's LCR Joint Submission (Dkt. No. 75), all attached declarations and exhibits, and relevant portions of the record, issues the following ruling:

First of all, counsels' lack of cooperation is disappointing to the Court. From this point forward, local counsel must participate in all phone conferences and personally sign all pleadings to insure that the Local Rules are observed and the culture of collegiality of the Western District of Washington is maintained.

PLAINTIFF'S REQUESTS FOR PRODUCTION # 8, #21, AND #25: DENIED

The items necessary have been produced. Sales in Canada are not necessary. Audited financials were not requested.

PLAINTIFF'S REQUESTS FOR PRODUCTION # 11, #12, #13, and #14: GRANTED

A promise to produce is not the same thing as actual production. Defendants must complete their review and respond within seven days of the date of this order. If any items are withheld on the basis of privilege, they must be accompanied by a privilege log.

PLAINTIFF'S REQUESTS FOR PRODUCTION # 34 - #40, #42: GRANTED

Defendants have agreed to produce responses and they must do so within seven days of the date of this order. The Court feels compelled to point out that a party cannot produce what it does not have. Defendants make this representation and the Court accepts the representation.

The clerk is ordered to provide copies of this order to all counsel.

Dated February 1, 2019.

Marsha J. Pechman
United States Senior District Judge